Certificate Number: 14424-PAE-DE-039238851

Bankruptcy Case Number: 24-14630



14424-PAE-DE-039238851

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2025, at 12:35 o'clock AM EST, Mustapha Abdulai Sheriff completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 14, 2025             By:     /s/Mabelyn  Ramirez

                                     Name:   Mabelyn  Ramirez

                                     Title:  Instructor