IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MUSTAPHA ABDULAI SHERIFF : BANKRUPTCY NO. 24-14630 (PMM)
:
Debtor : CHAPTER 7

## O R D E R

AND NOW this 24th day of February, 2025, upon the election of conversion of the Debtor, Mustapha Abdulai Sheriff, to convert his bankruptcy case from a Chapter 7 to Chapter 13,

IT IS HEREBY ORDERED AND DECREED that the aforesaid Debtor's bankruptcy case is converted from a Chapter 7 case to a Chapter 13 case.

BY THE COURT:

_Patricia M. Mayer_
Patricia M. Mayer, Bankruptcy Judge