United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 24-14630-pmm

Mustapha Abdulai Sheriff                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                          Page 1 of 2

Date Rcvd: Feb 24, 2025                    Form ID: pdf900                           Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mustapha Abdulai Sheriff, 3326 Carl Dr., Whitehall, PA 18052-7460 |
| 14964614 | + | Aishat Sheriff, 3326 Carl Dr., Whitehall, PA 18052-7460 |
| 14964617 | + | First Commonwealth FCU, 450 Union Blvd., Allentown, PA 18109-3283 |
| 14964618 | | First Commonwealth FCU, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14964620 | + | Kadiatuk Sheriff, 3326 Carl Dr., Whitehall, PA 18052-7460 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 25 2025 01:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 25 2025 01:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14964616 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2025 01:15:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 14964615 | ^ | MEBN | Feb 25 2025 00:46:58 | Bank of America, PO Box 653064, Dallas, TX 75265-3064 |
| 14964619 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 25 2025 01:15:00 | FNBO, PO Box 3412, Omaha, NE 68103-0412 |
| 14964621 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 03:17:16 | Lowe's/Synchrony Bank, PO Box 71725, Philadelphia, PA 19176-1725 |
| 14964622 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 03:17:24 | Mavis Tire/Synchrony Car Care, Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 14964623 | | Email/PDF: bankruptcy_prod@navient.com | Feb 25 2025 06:23:06 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14964624 | + | Email/PDF: cbp@omf.com | Feb 25 2025 03:16:17 | Onemain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14966404 | ^ | MEBN | Feb 25 2025 00:46:51 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14964625 | + | Email/PDF: ebnotices@pnmac.com | Feb 25 2025 05:42:05 | Pennymac Loan Services LLC, PO Box 514387 M, Los Angeles, CA 90051-4387 |
| 14964626 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 06:23:03 | Sam's Club MC/SYNCB, Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 14964627 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 03:16:19 | Synchrony Bank/JC Penney, PO Box 71730, Philadelphia, PA 19176-1730 |

TOTAL: 13

District/off: 0313-4                         User: admin                                    Page 2 of 2
Date Rcvd: Feb 24, 2025                      Form ID: pdf900                                 Total Noticed: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| STEPHEN J. PALOPOLI, III | on behalf of Debtor Mustapha Abdulai Sheriff s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MUSTAPHA ABDULAI SHERIFF                          :        BANKRUPTCY NO. 24-14630 (PMM)
                                                  :
                        Debtor                    :        CHAPTER 7

## O R D E R

AND NOW this **24th** day of **February**, 2025, upon the election of conversion of the Debtor, Mustapha Abdulai Sheriff, to convert his bankruptcy case from a Chapter 7 to Chapter 13,

IT IS HEREBY ORDERED AND DECREED that the aforesaid Debtor's bankruptcy case is converted from a Chapter 7 case to a Chapter 13 case.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer, Bankruptcy Judge