IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MUSTAPHA ADULAI SHERIFF,   :   CASE NO. 24-bk-14630 (PMM)
:
      Debtor   :   Chapter 13

## CERTIFICATE OF SERVICE

    I, Betsy Lavelle, Paralegal to Stephen J. Palopoli III, Esquire hereby certify that a true and correct copy of Debtor's First Amended Chapter 13 Plan has been served on May 13, 2025, electronically via ECF/System to:

Office of the U.S. Trustee

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee

Denise Elizabeth Carlon on behalf of
PennyMac Loan Services, LLC

And served via first class mail on May 13, 2025 to the creditors listed below:

| | |
|---|---|
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731 | MOHELA<br>PO Box 9640<br>Wilkes-Barre, PA |
| First National Bank of Omaha<br>1620 Dodge St, Stop Code 3113<br>Omaha, NE 68197 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| First Commonwealth FCU<br>PO Box 20450<br>Lehigh Valley, PA 18002-0450 | Mustapha Abdulai Sheriff<br>3326 Carl Drive<br>Whitehall, PA 18052 |

May 14, 2025

                                                                */s/ Betsy Lavelle*
                                                                 Betsy Lavelle