United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-14630-pmm
Mustapha Abdulai Sheriff  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jul 17, 2025      Form ID: 155      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mustapha Abdulai Sheriff, 3326 Carl Dr., Whitehall, PA 18052-7460 |
| 14964614 | + | Aishat Sheriff, 3326 Carl Dr., Whitehall, PA 18052-7460 |
| 14964617 | + | First Commonwealth FCU, 450 Union Blvd., Allentown, PA 18109-3283 |
| 14987204 | + | Joshua A. Gildea, Fitzpatrick Lentz & Bubba, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 14964620 | + | Kadiatuk Sheriff, 3326 Carl Dr., Whitehall, PA 18052-7460 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14964616 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2025 00:40:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 14964615 | ^ | MEBN | Jul 18 2025 00:39:19 | Bank of America, PO Box 653064, Dallas, TX 75265-3064 |
| 14964619 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2025 00:40:00 | FNBO, PO Box 3412, Omaha, NE 68103-0412 |
| 14984199 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2025 00:40:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 14964618 | | Email/Text: debtres@firstcomcu.org | Jul 18 2025 00:41:00 | First Commonwealth FCU, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14964621 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2025 00:50:31 | Lowe's/Synchrony Bank, PO Box 71725, Philadelphia, PA 19176-1725 |
| 14992730 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 18 2025 00:50:33 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14964622 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2025 00:50:34 | Mavis Tire/Synchrony Car Care, Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 14964623 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 18 2025 00:50:20 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14983616 | + | Email/PDF: cbp@omf.com | Jul 18 2025 00:50:33 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14964624 | + | Email/PDF: cbp@omf.com | Jul 18 2025 00:50:19 | Onemain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14966404 | ^ | MEBN | Jul 18 2025 00:38:54 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15004565 | + | Email/PDF: ebnotices@pnmac.com | Jul 18 2025 00:50:19 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14964625 | + | Email/PDF: ebnotices@pnmac.com | Jul 18 2025 00:50:33 | Pennymac Loan Services LLC, PO Box 514387 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: 155 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | M, Los Angeles, CA 90051-4387 |
| 14964626 | Email/PDF: ais.sync.ebn@aisinfo.com | | Jul 18 2025 00:50:36 | Sam's Club MC/SYNCB, Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 15005270 | + Email/PDF: ebn_ais@aisinfo.com | | Jul 18 2025 00:50:19 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14964627 | Email/PDF: ais.sync.ebn@aisinfo.com | | Jul 18 2025 00:50:27 | Synchrony Bank/JC Penney, PO Box 71730, Philadelphia, PA 19176-1730 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

**Name** **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
  on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

STEPHEN J. PALOPOLI, III
  on behalf of Debtor Mustapha Abdulai Sheriff s.palopoli@verizon.net
  betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br>   Mustapha Abdulai Sheriff ) <br> ) <br> ) <br> Debtor(s). ) <br> ) <br> ) | Case No. 24−14630−pmm <br><br> Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 17, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court