Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-14630-PMM**

Mustapha Abdulai Sheriff  
3326 Carl Dr.  
Whitehall  PA    18052

Petition Filed Date: 12/31/2024  
341 Hearing Date: 04/01/2025  
Confirmation Date: 07/17/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2025 | $299.72 | | 04/28/2025 | $299.72 | | 06/02/2025 | $299.72 | |
| 06/30/2025 | $498.00 | | | | | | | |

**Total Receipts for the Period: $1,397.16    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,895.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN J PALOPOLI III ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $6,907.37 | $359.67 | $6,547.70 |
| 2 | FIRST NATIONAL BANK OF OMAHA »» 002 | Unsecured Creditors | $19,921.42 | $1,037.32 | $18,884.10 |
| 3 | FIRST COMMONWEALTH FCU »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MOHELA »» 005 | Unsecured Creditors | $1,248.46 | $65.01 | $1,183.45 |
| 6 | MOHELA »» 006 | Unsecured Creditors | $157.83 | $0.00 | $157.83 |
| 7 | PENNYMAC LOAN SERVICES LLC »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $2,466.36 | $128.43 | $2,337.93 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $586.07 | $30.52 | $555.55 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $736.02 | $38.33 | $697.69 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $2,370.85 | $123.45 | $2,247.40 |

**Chapter 13 Case No. 24-14630-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,895.16 | Current Monthly Payment: | $497.00 |
| Paid to Claims: | $1,782.73 | Arrearages: | $692.28 |
| Paid to Trustee: | $104.22 | Total Plan Base: | $17,994.44 |
| Funds on Hand: | $8.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.