Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Mustapha Abdulai Sheriff
3326 Carl Dr.
Whitehall, PA 18052

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-14630-PMM**

Petition Filed Date: 12/31/2024
341 Hearing Date: 04/01/2025
Confirmation Date: 07/17/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $498.00 | | 09/02/2025 | $498.00 | | 10/06/2025 | $498.00 | |
| 11/03/2025 | $498.00 | | 12/02/2025 | $498.00 | | 01/06/2026 | $498.00 | |
| 02/02/2026 | $498.00 | | 03/02/2026 | $498.00 | | 03/30/2026 | $498.00 | |
| 05/04/2026 | $498.00 | | 06/02/2026 | $498.00 | | 07/06/2026 | $498.00 | |

**Total Receipts for the Period: $5,976.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,871.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN J PALOPOLI III ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $6,907.37 | $1,469.59 | $5,437.78 |
| 2 | FIRST NATIONAL BANK OF OMAHA<br>»» 002 | Unsecured Creditors | $19,921.42 | $4,238.46 | $15,682.96 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | MOHELA<br>»» 005 | Unsecured Creditors | $1,248.46 | $265.60 | $982.86 |
| 6 | MOHELA<br>»» 006 | Unsecured Creditors | $157.83 | $33.59 | $124.24 |
| 7 | PENNYMAC LOAN SERVICES LLC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,466.36 | $524.74 | $1,941.62 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $586.07 | $124.67 | $461.40 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $736.02 | $156.64 | $579.38 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $2,370.85 | $504.41 | $1,866.44 |

**Chapter 13 Case No. 24-14630-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,871.16 | Current Monthly Payment: | $497.00 |
| Paid to Claims: | $7,317.70 | Arrearages: | $680.28 |
| Paid to Trustee: | $553.46 | Total Plan Base: | $17,994.44 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.